IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY RAY MOORE, SR.**  **PLAINTIFF**
ADC #137781

V.  CASE NO.  4:23-cv-00302 JM

**WILLARD PROCTOR, JR.,**
Judge, 5th Division Circuit Court *et al*.  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of May, 2023.

_____
UNITED STATE DISTRICT JUDGE